# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
    *Plaintiff-Appellee,*

v.                                       Docket No. 15-4774

COREY RONSHION THOMAS,
    *Defendant-Appellant.*

## APPELLANTS' SECOND UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE OPENING BRIEF AND JOINT APPENDIX

Under Rule 26(b) of the Federal Rules of Appellate Procedure, Appellant Corey Ronshion Thomas, by and through undersigned counsel, hereby moves the Court for a 2-day extension of time to file the opening brief and joint appendix in this case, up to and including April 4, 2016.

In support of this motion, Appellant Thomas states the following:

1.    On February 4, 2016, this Court issued a briefing order requiring Appellant to file his opening brief and joint appendix on or before March 10, 2016.

2.    This Court granted Thomas's first request for an extension of the briefing deadline and reset the deadline for March 31, 2016.

3.    Although undersigned counsel has been working diligently on this appeal and has a substantial portion of the draft completed, due to medical appointments, counsel will need two additional days to complete the opening brief.

4.   Undersigned counsel has contacted counsel for the government, Assistant United States Attorney Amy E. Ray regarding the filing of this motion. Ms. Ray has stated that the government generously consents to the requested relief.

WHEREFORE, Appellant respectfully prays that the Court grant a 2-day extension of time for filing the opening brief and joint appendix in this case, up to and including April 4, 2016.

This, 31st day of March, 2016.

Respectfully submitted,

Ross Hall Richardson, Executive Director
Federal Defenders of
    Western North Carolina, Inc.

s/Ross Hall Richardson
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720
Ross_Richardson@fd.org
*Counsel for Appellant Corey Ronshion Thomas*

# CERTIFICATE OF SERVICE

I, Ross Hall Richardson, Executive Director of the Federal Defenders of Western North Carolina, hereby certify that a true and correct copy of the foregoing *Appellant's Second Unopposed Motion for Additional Time to File Opening Brief and Joint Appendix*, was duly served on the government's counsel of record, Assistant United States Attorney Amy E. Ray by CM/ECF this 31st day of March, 2016.

                                                s/Ross Hall Richardson
                                                Ross Hall Richardson
                                                Ross_Richardson@fd.org